## SUPREME COURT.

### LEWIS PRUDDEN agt. THE CITY OF LOCKPORT.

Defendant served papers on plaintiff for a motion founded on an irregularity of the complaint. Plaintiff on the same day amended his complaint, and served copy, which defendant refused to receive, unless costs of motion were paid, which plaintiff declined to pay:

*Held*, on motion, that the giving of notice of motion was a *proceeding already had*, under § 172, of the Code, and that the amendment of the complaint did not supersede the motion.

(*This sustains Williams agt. Wilkinson, 5 How., 357, and Hall agt. Huntley, 1 Code Rep. N. S., 21.*)

*Erie Special Term, August* 30, 1870.

MOTION to compel plaintiff to elect on which of several causes of action stated in the complaint he would proceed, and to strike out the residue.

The affidavits read on the motion showed that the summons and complaint were served July 20, 1870; that on the 27th following, papers for this motion were served on plantiff's attorney; that subsequently, on the same day, plaintiff served an amended complaint, containing but one cause of action stated; that the amended complaint was immediately returned by defendant's attorney, with the indorsement that defendant declined to receive it unless costs of said motion were paid, and that plaintiff then declined to pay said costs.

JAMES F. FITTS, *for motion*,

Cited, *Williams* agt. *Wilkinson*, 5 *How.*, 357; 1 *Code Rep. N. S.*, 20, *and Hall* agt. *Huntley*, 1 *Code Rep. N. S.*, 21.

Prudden agt. City of Lockport.

D. MILLAR, *opposed,*

Cited, *Burrall* agt. *Moore,* 5 *Duer.,* 654; *Toll* agt. *Crom-well,* 12 *How.,* 79; *Plumb* agt. *Whipples,* 7 *How.,* 411; *Ross* agt. *Dinsmore,* 12 *Abb.,* 5; *Spencer* agt. *Tooker, Id.,* 353; *Griffin* agt. *Cohen,* 8 *How.,* 452; *Rogers* agt. *Rathbun, Id.,* 466; *Thompson* agt. *Winford,* 11 *Id.,* 273; *Troy & Boston R.R. Co.* agt. *Tibbits, Id.,* 168; 4 *Sandf.,* 699; *Watson* agt. *Rushmore,* 15 *Abb.,* 51; *McQueen* agt. *Babcock,* 13 *Abb.,* 268.

BARKER, J.—I am of the opinion, upon a reading of all the authorities cited, that the giving of the notice of this motion was a " proceeding already had," (*Code,* § 172,) and the amendment of the complaint did not supersede the motion.

Motion granted, with $10 costs. Permission is given to the plaintiff to amend his complaint within ten days from the service of this order, as he shall be advised.